Priority —
Send ☒
Enter —
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Page 1 of 2

Case No.  CR 01-28 (A) DDP                                Dated: January 30, 2002

================================================================================
PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Beth Esther Zaccaro | Rebecca Lonergan |
| Courtroom Deputy | Court Reporter | Kartik K. Raman |
|  |  | Asst. U.S. Attorney |

[Stamp: ENTERED FEB - 5 2002 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA BY DEPUTY]

================================================================================
U.S.A. vs (Dfts listed below)                              Attorneys for Defendants

1)  EMILIO CALATAYUD                                       1)  John Yzurdiaga
    not present  on bond                                       present  appointed


PROCEEDINGS:   GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE AND
               ARGUMENT CONCERNING DEFENDANT'S "GOOD ACTS"
               (FILED ON 1-9-02)
               GOVERNMENT'S MOTION IN LIMINE TO ADMIT EVIDENCE
               ESTABLISHING THE FULL COURSE OF DEFENDANT'S SCHEME TO
               DEFRAUD BETWEEN 1993-1999 (FILED ON 1-11-02)
               GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE EVIDENCE AND
               ARGUMENT CONCERNING WHETHER OTHER AGENCIES ALLOW
               AGENTS TO ENGAGE IN OUTSIDE EMPLOYMENT  (FILED ON 1-14-02)
               GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE EXTRINSIC
               EVIDENCE OF SPECIFIC INSTANCES OF MISCONDUCT BY GREGORY
               WILSON AND TO LIMIT CROSS-EXAMINATION OF HIM
               (FILED ON 1-14-02)

   Court hears oral argument and rules as follows:

   1.   Government's motion to preclude evidence and argument concerning whether other
        agencies allow agents to engage in outside employment is GRANTED.

   2.   Government's motion to admit evidence establishing the full course of defendant's
        alleged scheme to defraud between 1993-1999 is GRANTED.



MINUTES FORM 6
CRIM -- GEN

3. Government's motion to preclude evidence and argument concerning the defendants' "good acts".
   RULING:
   DIRECT EXAM - allow general background evidence regarding honesty and law abiding.
   CROSS EXAM - Government can counter with negative evidence relating to the defendant's career as a DEA agent, however, the scope of cross is limited.

4. Government's motion to preclude extrinsic evidence of specific instances of misconduct by Gregory Wilson and to limit cross-examination of him.
   RULING:
   (1) grant motion to preclude extrinsic evidence of specific instances of misconduct by Gregory Wilson; and
   (2) allow defendant full and fair cross-examination of Gregory Wilson.

5. Government's motion to allow Pattie Propernick's statement "it's someone else"
   RULING:
   Statement precluded pursuant to FRE 403.

6. Government's motion to allow Michael Chamberlain's statement regarding a phone call with the defendant.
   RULING:
   Statement precluded pursuant to FRE 403.

7. The parties have agreed, at trial, the Triplecheck employees will be referred to by their initials due to privacy concerns.